Civil Action NO: 319-cv-00911-NAM-ATB

Plaintiff- Strike 3 Holdings, LLC

Defendant- John Doe subscriber assigned address 198.255.132.72

October 7, 2019

U.S. Magistrate Judge,

   I am the defendant writing this objection letter to oppose disclosure to Strike 3 Holdings LLC subpoena. I have not been heard on any of these charges and I am a prose litigant that does not have training in law or no experience litigating. I am asking the court to please appoint an attorney as well as allow for more time.

   I have not in any manner downloaded material from adult websites, nor have I heard of the bit torrent file network or Strike 3 Holdings, LLC prior to the subpoena.

   In speaking at length with the cable company, equipment gets refurbished and when given to the next customer carries the same numbers for the life of the unit.

   Please refer to U.S. District Court - NYND Query where Strike 3 Holdings, LLC is a plaintiff in eighty one (81) cases, in which all but seven (7) have been closed.

   Please refer to U.S.D.C. Southern District of Florida
Case No: 1:19-cv-20761-UU Document 11:
Strike 3 Holdings, LLC Plaintiff
   VS
John Doe, Subscriber assigned IP address 72.28.136.217
Which was ordered dismissed with prejudice.

   Please refer to www.techdirt.com / article
Strike 3 Gets another Judge to Remind It That IP Addresses Aren't Infringers Friday May 10, 2019 - Timothy Geigner

**FILED**
OCT - 9 2019
U.S. DISTRICT COURT - N.D. OF N.Y.
AT_____ O'CLOCK_____
John M. Domurad, Clerk   Binghamton

    I am requesting to remain anonymous to Strike 3 Holdings, LLC as I did not in any way do what I am being accused of, I do not agree with pornography and feel it is very demeaning and against my values.

    This letter does not authorize anyone to name me as John Doe.

Sincerely,
Defendant- John Doe
Assigned IP address
198.225.132.72

cc
Charter - leroc@charter.com
JJames@jacquelinejameslaw.com
helpprose@gmail.com