UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 198.255.132.72,<br><br>    Defendant. | Civil Action No. 3:19-cv-00911-NAM-ATB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice.</u>  John Doe was assigned the IP address 198.255.132.72. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  December 2, 2019    Respectfully submitted,

IT IS SO ORDERED:

_/s/ Norman A. Mordue_
Norman A. Mordue
Senior U.S. District Judge

Dated:  December 4, 2019

             By: <u>/s/ Jacqueline M. James</u>
                Jacqueline M. James, Esq. (#1845)
                The James Law Firm, PLLC
                445 Hamilton Avenue, Suite 1102
                White Plains, New York 10601
                T: 914-358-6423
                F: 914-358-6424
                E-mail: jjames@jacquelinejameslaw.com
                *Attorneys for Plaintiff*